RICHARD E. MARKS, Appellant, v. SYLVIA CATHERINE MARKS, Respondent.— Order granting counsel fee and temporary alimony affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

MENDELSON-SILVERMAN, INC., Landlord, Respondent, v. MALCO TRADING CORPORATION, Tenant, Appellant; " JOHN DOE," Name Being Fictitious, Party Intended Being the Tenant in Possession of Delicatessen Store in Premises 1620 Kings Highway, Brooklyn, and Others, Undertenants.*— Order of Appellate Term reversing judgment of the Municipal Court in favor of the defendant tenant, dismissing said defendant's counterclaim and directing judgment for plaintiff unanimously affirmed, with costs. Under the terms of the lease there was no obligation upon the part of the landlord to hold the security money as a trust fund prior to six months of the expiration of the lease. That time has not arrived. When the parties to a lease by its express terms have excluded the security deposit from a trust relationship, and as to it have established between landlord and tenant the debtor and creditor relationship, the court may not interfere. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ. [146 Misc. 215.]

BERTHA PINKUS, Respondent, v. THOMAS ROULSTON, INC., Appellant, and TOMPKINS BUS CORPORATION, Defendant.— Judgment and order reversed on the law and the facts and a new trial granted, costs to appellant to abide the event. The interests of justice require a new trial in view of the incident in connection with the X-ray photographs. Lazansky, P. J., Hagarty and Carswell, JJ., concur; Scudder and Davis, JJ., dissent and vote to affirm.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH TAORMINA, Appellant.— Judgment of conviction of the County Court of Nassau county reversed on the law and the facts and a new trial ordered. The evidence establishes that the witness Hernley was an accomplice. His testimony was not corroborated as provided by section 399 of the Code of Criminal Procedure. The identity of the defendant as a participant in the crime was not proved beyond a reasonable doubt. Lazansky, P. J., Scudder and Tompkins, JJ., concur; Kapper and Carswell, JJ., dissent and vote to affirm.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CECILIA DE LA TORRE BUENO, Respondent, v. THOMAS P. MCLAUGHLIN and Others, Constituting the Board of Appeals on Zoning in the City of New Rochelle, Appellants.— Order confirming report of referee unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

REALTY ASSOCIATES SECURITIES CORPORATION, Respondent, v. HYGRADE BUILDERS SUPPLY Co., INC., and Others, Defendants, DOMINICK CARDONE, Appellant, Impleaded with BECK-BROWN REALTY Co., INC., Assignee, Respondent, and MICHAEL E. PELLEGRINO, Third Party, Appellant.— Order denying motion to set aside sale and to direct a resale affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Scudder, Tompkins and Davis, JJ., concur; Lazansky, P. J., not voting.

* Affd., 262 N. Y. 621.